UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| OLUJIMI AWABH BLAKENEY,<br><br>                    Plaintiff,<br><br>    v.<br><br>SUSAN KARR, SGT. BRASWELL, C/O LARSON, CRAIG ADAMS,<br><br>                    Defendants. | No. C13-5076 BHS/KLS<br><br>ORDER DENYING EXTENSION OF TIME TO RESPOND TO ORDER TO SHOW CAUSE AS MOOT |

By Order dated February 12, 2013, Plaintiff was ordered to show cause why this matter should not be dismissed or, alternatively to file an amended complaint curing the deficiencies outlined in the Court's order.  ECF No. 6.  Plaintiff was given a deadline to amend or show cause by March 1, 2013.  *Id.*  On February 22, 2013, Plaintiff filed a motion for extension of time requesting an extension of this deadline to March 31, 2013.  ECF No. 7.  On February 25, 2013, Plaintiff filed an Amended Complaint.  ECF No. 8.  On February 27, 2013, the Court directed service of the Amended Complaint.  ECF No. 9.  Accordingly, it is **ORDERED:**

(1)    Plaintiff's motion for extension of time (ECF No. 7) is **DENIED as moot**.

(2)    The Clerk is directed to send a copy of this Order to Plaintiff.

**DATED** this 11th day of March, 2013.

Karen L. Strombom
United States Magistrate Judge

ORDER - 1