UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| OLUJIMI AWABH BLAKENEY,<br><br>              Plaintiff,<br><br>     v.<br><br>SUSAN KARR, SGT. BRASWELL, C/O LARSON, CRAIG ADAMS,<br><br>              Defendants. | No. C13-5076 BHS/KLS<br><br>ORDER DENYING SECOND MOTION TO AMEND |

Before the Court is Plaintiff's motion to amend. ECF No. 23. Plaintiff's seeks to amend the Statement of Claims portion of his Amended Complaint (ECF No. 8) to state that "Plaintiff claims that defendants acted under color of State law with deliberate indifference to his constitutional right." *Id.* Plaintiff previously filed a motion on the same grounds. ECF No. 18. That motion was denied as the proposed amendment is not necessary for a proper adjudication of Plaintiff's claims. ECF No. 22.

Accordingly, it is **ORDERED:**

1)   Plaintiff's motion to amend (ECF No. 23) is **DENIED as moot.**

2)   The Clerk is directed to send a copy of this Order to Plaintiff.

**DATED** this   3rd   day of June, 2013.

Karen L. Strombom
United States Magistrate Judge

ORDER - 1