UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

OLUJIMI AWABH BLAKENEY,

      Plaintiff,

  v.

SUSAN KARR, SGT. BRASWELL, C/O
LARSON, CRAIG ADAMS,

      Defendants.

No. C13-5076 BHS/KLS

**ORDER ADOPTING REPORT AND RECOMMENDATION**

  This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge. Dkt. 31. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

  (1) The R&R is **ADOPTED**;

  (2) Defendant Adams' Motion to Dismiss (ECF No. 20) is **GRANTED;** and Plaintiff's claims against Craig Adams are **dismissed with prejudice.**

  **DATED** this 16th day of July, 2013.

             BENJAMIN H. SETTLE
             United States District Judge

ORDER