UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| OLUJIMI AWABH BLAKENEY,<br><br>                Plaintiff,<br><br>   v.<br><br>SUSAN KARR, SGT. BRASWELL, C/O LARSON, CRAIG ADAMS,<br><br>                Defendants. | No. C13-5076 BHS/KLS<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge. Dkt. 31. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)    The R&R is **ADOPTED**;

(2)    Defendant Adams' Motion to Dismiss (ECF No. 20) is **GRANTED;** and Plaintiff's claims against Craig Adams are **dismissed with prejudice.**

**DATED** this 16th day of July, 2013.

                                                                              BENJAMIN H. SETTLE
                                                                              United States District Judge

ORDER