UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| OLUJIMI AWABH BLAKENEY,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>SUSAN KARR, SGT. BRASWELL,<br>C/O LARSON, CRAIG ADAMS,<br><br>　　　　　　　　Defendants. | No. C13-5076 BHS/KLS<br><br>ORDER DENYING MOTION TO COMPEL |

Before the Court is Plaintiff's Motion to Compel Discovery. ECF No. 33. Plaintiff states that despite an agreement to provide responses during the week of July 18-19, Defendants have failed to provide him with responses to his first requests for production, interrogatories, and admissions. *Id.* The Court finds that the motion should be denied because Plaintiff did not include a certification that he conferred with counsel for Defendants before he filed his motion.

While a party may apply to the court for an order compelling discovery "upon reasonable notice to other parties and all persons affected thereby," the motion must also include a certification that the movant has in good faith conferred or attempted to confer with the person or party failing to make the discovery in an effort to secure the information or material without court intervention." Fed. R. Civ. P. 37(a)(2)(B). In addition, "[a] good faith effort to confer with a party or person not making a disclosure or discovery requires a face-to-face meeting or a telephonic conference." Local Rule CR 37(a)(2)(A).

ORDER- 1

The Court notes that in a letter dated "6/[illegible]/13 to Mr. Wist, Plaintiff requested a telephonic meeting prior to June 27, 2013. ECF No. 33 at 4. It is unclear whether the parties have conferred and what was discussed. However, the Court anticipates that the parties will confer and make a good faith effort to resolve their discovery disputes without Court interference. If the parties cannot amicably resolve their issues, Plaintiff may file a motion to compel, which shall include a certification stating that their efforts were unsuccessful and he shall specifically identify those areas of disagreement that remain unresolved. The Court will not address any motion which lacks such a certification.

Accordingly, it is **ORDERED**:

(1) Plaintiff's motion to compel (ECF No. 33) is **DENIED.**

(2) The Clerk of the Court shall send a copy of this Order to Plaintiff and to counsel for Defendants.

**DATED** this 1st day of August, 2013.

Karen L. Strombom
United States Magistrate Judge

ORDER- 2