UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

OLUJIMI AWABH BLAKENEY,

                Plaintiff,

  v.

SUSAN KARR, SGT. BRASWELL, C/O LARSON, CRAIG ADAMS,

                Defendants.

No. C13-5076 BHS/KLS

ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME

Defendants' motion for summary judgment is currently noted for September 6, 2013. ECF No. 35. On August 28, 2013, Plaintiff filed a motion requesting an extension, until September 23, 2013, to respond to the motion. Plaintiff states that he did not receive a copy of Defendants' motion until August 21, 2013. ECF No. 38. The requested extension is reasonable. Accordingly, it is **ORDERED:**

(1) Plaintiff's motion for extension of time (ECF No. 38) is **GRANTED.** Plaintiff's response to Defendants' motion for summary judgment (ECF No. 35) is due on **September 23, 2013.** Defendants' may file a reply on or before **September 27, 2013.** The Clerk is directed to re-note Defendants' motion (ECF No. 35) for consideration on **September 27, 2013.**

(2) The Clerk is directed to send a copy of this Order to Plaintiff and counsel for Defendants.

**DATED** this 4th day of September, 2013.

Karen L. Strombom, U.S. Magistrate Judge

ORDER - 1