UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| OLUJIMI AWABH BLAKENEY,<br><br>                Plaintiff,<br>    v.<br><br>SUSAN KARR, SGT. BRASWELL, C/O LARSON, CRAIG ADAMS,<br><br>                Defendants. | No. C13-5076 BHS/KLS<br><br>ORDER DENYING PLAINTIFF'S SECOND MOTION FOR EXTENSION OF TIME |

      Defendants' motion for summary judgment was filed and noted for September 6, 2013. ECF No. 35. On August 28, 2013, Plaintiff requested an extension to respond to Defendants' motion until September 23, 2013. ECF No. 38. Plaintiff stated that his mail was delayed and he did not receive Defendants' motion in a timely fashion. *Id.* That extension was granted. ECF No. 39. On September 26, 2013, Plaintiff filed a second motion to extend his deadline, along with a motion to dismiss Defendants Larson and Braswell, motion to join additional claims, and motion to join additional defendants. ECF Nos. 40, 41, 42, and 43. Plaintiff's motions to dismiss and to join additional claims and defendants has been dealt with by the Court in a separate Report and Recommendation, in which the undersigned has recommended that Mr. Blakeney's claims be dismissed for failure to exhaust. In his motion for extension, Plaintiff states that he has limited library access and a "burdensome ability to obtain writing materials." *Id.*

ORDER - 1

Accordingly, it is **ORDERED:**

(1) Plaintiff's second motion to extend his deadline to respond to Defendants' motion for summary judgment (ECF No. 40) is **DENIED.** Under separate Report and Recommendation, the Court is recommending that this case be dismissed for failure to exhaust administrative remedies.

(2) The Clerk shall send a copy of this Order to Plaintiff and counsel for Defendants.

**DATED** this  4th  day of October, 2013.

Karen L. Strombom
United States Magistrate Judge

ORDER - 2